# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 24-2048, Hall v. Sheppard Pratt Health System, Inc.

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Miller v. Charleston Area Medical Center, No. 24-2129. Both Miller and the instant case concern the undue hardship a healthcare provider faces if it grants a patient-facing employee's requested religious exemption from the COVID-19 vaccine during a pandemic.

Signature: /s/ Paul D. Burgin    Counsel for: Sheppard Pratt Health System, Inc.

Date: 6/11/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)